| | | | | |
|---|---|---|---|---|
| Jones v. State | 49A02–1609–CR–2082 | 03/07/2017 | BROWN, J. | Affirmed in part, vacated in part and remanded with instructions |
| | | | VAIDIK, C.J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Crenshaw–Logal v. Lake Superior Court, Small Claims Division III | 45A04–1607–PL–1583 | 03/08/2017 | BROWN, J. | Dismissed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| J.W. v. T.M. | 53A04–1609–AD–2165 | 03/08/2017 | MAY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Mayhill v. State | 30A01–1610–CR–2340 | 03/08/2017 | CRONE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| VandeZande v. Market Ready | 02A03–1607–CC–1661 | 03/08/2017 | BAILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | MAY, J. | Concurs |
| Lewis v. Newman | 67A05–1609–DR–1981 | 03/09/2017 | ROBB, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Neidlinger Trust #0801 by Neidlinger v. Lewallen | 50A03–1606–MI–1270 | 03/09/2017 | KIRSCH, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Hughes v. State | 49A02–1604–CR–925 | 03/09/2017 | BARNES, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ROBB, J. | Concurs |
| A.P., In re | 45A03–1608–JT–1956 | 03/09/2017 | BARNES, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ROBB, J. | Concurs |
| Escatel–Flores v. State | 49A05–1606–CR–1467 | 03/09/2017 | RILEY, J. | Affirmed |
| | | | CRONE, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Chadwick v. State | 49A02–1606–CR–1195 | 03/09/2017 | RILEY, J. | Affirmed |
| | | | CRONE, J. | Concurs |
| | | | ALTICE, J. | Concurs |